# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CYNTHIA CASTEEL & SUSAN JOHNSON** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **Civil Action Number** ) |
| **AMERIQUEST MORTGAGE INC.** | ) ) ) ) |
| **Defendant.** | ) |

## REQUEST FOR SERVICE BY
## CERTIFIED MAIL

Please serve the defendant(s)  Ameriquest Mortgage, Inc., c/o National Registered Agents, Inc., 150 South Perry Street, Montgomery, Alabama 36104

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

_____
Signature of Attorney