# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| **CYNTHIA CASTEEL &** <br> **SUSAN JOHNSON** <br><br> Plaintiffs, <br><br> v. <br><br> **AMERIQUEST MORTGAGE, INC.** <br><br> Defendant. | ) **Summons** <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION CASE NUMBER <br> ) <br> ) <br> ) CV-08-S-0303-NE <br> ) <br> ) <br> ) <br> ) |

TO DEFENDANT     Ameriquest Mortgage Company, Inc., c/o National Registered

Agents, 150 South Perry Street, Montgomery, Alabama 36104

You are hereby summoned and required to serve upon plaintiff's attorney(s):

WILLIAM H. ROBERTSON, V, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.,

214 Commerce Street, Post Office Box 4160, Montgomery, Alabama 36103-4160

a response to the complaint which is herewith served upon you, within ____20____ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 2/21/08

SHARON HARRIS, CLERK

By: _[signature]_

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be
prepared for each defendant.

CLERK, U. S. DISTRICT COURT