UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA CASTEEL, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No.  5:08-cv-00303-HGD |
| ) | |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant ) | |

**O R D E R**

Defendant has filed a Motion to Dismiss.  (Doc. #4).  It is ORDERED that plaintiffs shall file a response to the motion within twenty (20) days from the date of entry of this order.  Defendant shall file any reply within ten (10) days thereafter.

DONE this 18th day of March, 2008.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE