IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CYNTHIA CASTEEL; and <br> SUSAN JOHNSON; <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NUMBER: <br> ) <br> ) 5:08-cv-00303-HGD <br> ) <br> ) <br> ) <br> ) |

## MOTION TO STAY

COME NOW the Plaintiffs and move this Honorable Court to stay this case and the implementation and enforcement of the Federal Rules of Civil Procedure in the above styled and numbered cause of action. As grounds in support of this motion, the Plaintiffs state as follows:

1. On February 29th, 2008 the Plaintiffs filed a Notice of Potential Tag-Along Action with the Judicial Panel on Multidistrict Litigation which will conditionally transfer this case to the Northern District of Illinois for consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407.

2. A copy of the Notice of Potential Tag-along Action is attached herewith as Exhibit A.

3. Plaintiffs expect a transfer order to be entered in the near future.

4. No prejudice will result to any party by the granting of the stay.

Wherefore, premises considered, the Plaintiffs respectfully move the court to stay enforcement of the applicable Federal and local rules pending the final transfer order and for such other relief as may be appropriate.

Respectfully submitted this 19th day of March, 2007.

/s/ *William H. Robertson, V*
WILLIAM H. ROBERTSON, V
(ASB-9142-L74R)
One of the Attorneys for Plaintiffs

*OF COUNSEL:*
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen J. Bumgarner
BURR & FOREMAN, LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham, AL 35203

/s/ *William H. Robertson, V*
OF COUNSEL

2

**BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

In re: AMERIQUEST MORTGAGE CO.   )
MORTGAGE LENDING PRACTICES   )
LITIGATION   )   MDL Docket No. 1715
   )

RECEIVED CLERK'S OFFICE
PLEASE STAMP AND RETURN
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

PLEASE TAKE NOTICE that, pursuant to J.P.M.L. Rules 7.2(i) and 7.5(e), the undersigned counsel for the Plaintiffs gives notice of the following tag-along actions: *Cynthia Casteel, et al. v. Ameriquest Mortgage Company, Inc.*, Case No. 5:08-cv-00303-HGD (Northern District of Alabama, Northeastern Division) Judge Harwell G. Davis, III, presiding. A true and correct copy of the complaint in the Tag-along Action is attached as Exhibit A.

Plaintiffs in this Tag-along Action are plaintiffs in the putative national class actions transferred by the Panel to the Northern District of Illinois for consolidated and coordinated pretrial proceedings (the "Borrowers' Consolidated Class"). This Tag-along Action alleges the same general conduct, claim the same injury and see the same relief as the Borrowers' Consolidated Class Action. Likewise, this Tag-along Action relies upon the same legal theories, require the same or similar factual determinations, and are governed by the same law.

Therefore, the Plaintiffs respectfully request that the Panel transfer this Tag-along Action to the Northern District of Illinois pursuant to J.P.M.L. Rule 7.4.

Respectfully submitted this 29th day of February, 2008.



EXHIBIT A

_____
WILLIAM H. ROBERTSON, V

_____
C. LANCE GOULD
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
bill.robertson@beasleyallen.com
lance.gould@beasleyallen.com

2