

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

April 29, 2008

Sharon Harris, Clerk of Court
Northern District of Alabama
United States District Court
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Dear Clerk:

**Re: MDL 1715 -- In re: " Ameriquest Mortgage Co. Mortgage Lending Practices Litigation**

   Your case number:   5 08-303 Cynthia Casteel, et al.  vs Ameriquest Mortgage Co.

   Our case number:    08 cv 2353 - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E. Aspen .

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

                              Sincerely,


                              Michael W. Dobbins
                              Clerk

             by:    Willie A. Haynes
                    Supervisor of Operations

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 25 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 10 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

FILED:  APRIL 10, 2008
08CV2353            CEM
JUDGE ASPEN

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-40)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 307 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR 10 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: APRIL 25, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                MDL No. 1715

## SCHEDULE CTO-40 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
 ALN 5 08-303        Cynthia Casteel, et al. v. Ameriquest Mortgage Co. - 08CV2353

ALABAMA SOUTHERN
 ALS 1 08-96         Allen F. Cowart, Jr., et al. v. Ameriquest Mortgage Co. - 08CV2354

OHIO SOUTHERN
 OHS 1 08-105        Elizabeth R. Gordon v. Deutsche Bank National Trust Co., et al. - 08CV2355