STAY, TRANSFERRED MDL

# U.S. District Court
# Northern District of Alabama (Northeastern)
# CIVIL DOCKET FOR CASE #: 5:08–cv–00303–HGD

Casteel et al v. Ameriquest Mortgage Company, Inc.
Assigned to: Magistrate–Judge Harwell G Davis, III
Cause: 15:1601 Truth in Lending

Date Filed: 02/20/2008
Date Terminated: 04/29/2008
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Cynthia Casteel**

represented by **C Lance Gould**
BEASLEY ALLEN CROW METHVIN PORTIS
&MILES PC
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: lance.gould@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
BEASLEY ALLEN CROW METHVIN PORTIS
&MILES PC
272 Commerce Street
Post Office Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: bill.robertson@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Johnson**

represented by **C Lance Gould**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company, Inc.**

represented by

**Stephen J Bumgarner**
BURR &FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205−458−5355
Fax: 205−244−5611
Email: sbumgarn@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | COMPLAINT against Ameriquest Mortgage Company, Inc. (Filing fee $ 350.00 w/ receipt #200 244189) filed by Cynthia Casteel and Susan Johnson.(SPT, ) (Entered: 02/21/2008) |
| 02/20/2008 | 2 | Request for service by certified mail filed by Cynthia Casteel and Susan Johnson. (SPT, ) (Entered: 02/21/2008) |
| 02/21/2008 | 3 | Summons Issued as to Ameriquest Mortgage Company, Inc. by Clerk for service by Certified mail. (SPT, ) (Entered: 02/21/2008) |
| 03/17/2008 | 4 | MOTION to Dismiss by Ameriquest Mortgage Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Bumgarner, Stephen) (Entered: 03/17/2008) |
| 03/18/2008 | 5 | ORDERthat the plaintiffs shall file a response to the defendants motion to dismiss within 20 days from the date of entry of this order; defendant shall file any reply within 10 days thereafter. Signed by Judge Harwell G Davis III on 03/18/08. (SPT, ) (Entered: 03/18/2008) |
| 03/19/2008 | 6 | MOTION to Stay by Cynthia Casteel, Susan Johnson. (Robertson, William) (Entered: 03/19/2008) |
| 03/19/2008 | | ORDER granting 6 Motion to Stay pending possible transfer to MDL 1715. Signed by Judge Harwell G Davis III on 03/19/08. (LBG, ) (Entered: 03/19/2008) |
| 04/29/2008 | 7 | ORDER Transferring Case to MDL: ORDER of Judicial Panel on Multidistrict Litigation transferring this case to the Northern District of Illinois for inclusion in MDL. (SPT, ) (Entered: 04/29/2008) |